UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD RUTHERFORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHASE BANK, N.A., et al.<br><br>　　　　　Defendants. | CASE NO. C13-1175-MJP<br><br>ORDER ON MOTION TO REVISE CASE SCHEDULE |

The Court, having received and reviewed the Stipulation and Order Amending Order Setting Trial Date (Dkt. No. 16), makes the following findings:

The Court finds good cause to adjust the case schedule. The proposed new dispositive motions and motions in limine deadlines, however, give the Court inadequate time to rule and the parties to prepare for trial. Therefore, the Court GRANTS the request to revise the case schedule but sets the following new dates: (1) dispositive motions deadline is now July 3, 2014; (2) motions in limine deadline remains the same and motions are due August 25, 2014. All other dates and deadlines in the order setting the trial and other dates remain unchanged.

　//

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated May 30, 2014.

 

                                                Marsha J. Pechman
                                                Chief United States District Judge